Hillary Arrow Booth (125936)
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, CA 90071
Telephone: (213) 443-5100
Facsimile: (213) 443-5101
Email: Hillary.Booth@wilsonelser.com

Attorneys for Old Dominion Freight Line, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Crucial Power Products, Inc.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>QBE Insurance Corporation, a Pennsylvania corporation, Neon Logistics, LLC, an Arizona corporation, Old Dominion Freight Line, Inc., a North Carolina corporation, R+L Carriers, Inc., an Ohio corporation, XPO Logistics Freight, Inc., a Connecticut corporation and DOES 1-5, inclusive,<br><br>　　　　Defendants. | **NOTICE OF REMOVAL**<br><br><br>Los Angeles Superior Court Case No.: 25STCV37635 |

**TO:   PLAINTIFF AND ITS ATTORNEYS:**

　　　Defendant Old Dominion Freight Line, Inc. ("Defendant ODFL"), by and through its undersigned counsel, hereby removes the above-entitled action from the Superior Court of the State of California for the County of Los Angeles, to this

1
**NOTICE OF REMOVAL**

Court, pursuant to 28 U.S.C. §§ 1331, 1337, 1441(a) and (b), and 1445(b) on the following grounds:

1. On or about December 22, 2025, a civil action was filed in the Superior Court of the State of California for the County of Los Angeles, styled *Crucial Power Products, Inc. v. QBE Insurance Corporation, a Pennsylvania corporation, Neon Logistics, LLC, an Arizona corporation, Old Dominion Freight Line, Inc., a North Carolina corporation, R+L Carriers, Inc., an Ohio corporation, XPO Logistics Freight, Inc., a Connecticut corporation and DOES 1-5, inclusive*, Case No. 25STCV37635 (the "State Court Action").

2. Not more than thirty days ago, Defendant ODFL was served with a copy of the Summons and Complaint in the State Court Action. To date, upon information and belief, Defendants QBE Insurance Corporation, a Pennsylvania corporation; Neon Logistics, LLC, an Arizona corporation, and XPO Logistics Freight, Inc., a Connecticut corporation have not been served with the summons and complaint. Defendant R+L Carriers, Inc., an Ohio corporation ("R+L") has been served and consents to this removal. This Notice of Removal is filed within thirty days of alleged service upon Defendant ODFL.

3. Prior to filing this Notice of Removal, Defendant has made no answer, pleading, or appearance in the State Court Action.

4. Plaintiff's Complaint states on its face a claim under the Carmack Amendment, 49 USC § 14706, a claim that arises under federal law and is therefore within the Court's original jurisdiction under both 28 USC § 1331 (federal question) and 28 USC § 1337 (interstate commerce). Moreover, the Complaint seeks recovery from ODFL of an amount greater than $10,000, satisfying the applicable amount-in-controversy requirement.

5. Pursuant to 28 USC § 1441(c), the entire action, including claims against other Defendants not subject to the original or supplemental jurisdiction of this Court, may be removed and the Court may then determine if claims against

other Defendants must be severed and remanded to state court. See 28 USC § 1441(c)(1)-(2). The consent of the other Defendants in this action is not required for this removal to be filed. 28 USC § 1441(c)(2).

6. Written notice of the filing of this Notice of Removal has been served on all parties herein and a copy of this notice has been or will be filed with the Superior Court of the State of California for the County of Los Angeles.

7. This Notice of Removal is filed in compliance with Rule 11, Federal Rules of Civil Procedure.

8. Attached as **Exhibit A** are copies of all processes, pleadings and other documents served upon Defendant ODFL in the State Court Action.

9. Defendant ODFL is filing this notice solely by reason of the requirements of 28 U.S.C. §1446, and this notice has been timely filed pursuant to 28 U.S.C. § 1446(b).

10. Defendant ODFL reserves all defenses, including but not limited to, those under Rule 12(b) of the Federal Rules of Civil Procedure and do not waive said defenses by the filing of this notice.

WHEREFORE, Defendant ODFL respectfully prays that the above-entitled action now pending against it in the Superior Court of the State of California for the County of Los Angeles be hereby removed from the above-referenced State Court to the United States District Court for the Central District of California.

DATED: February 4, 2026

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: *Hillary Arrow Booth*
Hillary Arrow Booth
Attorney for Defendant,
Old Dominion Freight Line, Inc.